1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY GRAY,<br><br>                                      Plaintiff,<br><br>            v.<br><br>JEANNE WOODFORD, et al.,<br><br>                                  Defendants. | Civil No.    05-CV-1475 J (CAB)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO UNSEAL DOCUMENTS [Doc. # 73]** |

11
12
13
14
15
16

      Plaintiff Ricky Gray ("Plaintiff" or "Gray"), a state prisoner proceeding *pro se*, brought this action for violations of his civil rights under 42 U.S.C. § 1983.  Plaintiff filed a document entitled "Motion in *Ex Parte* Requesting the Court to Unseal Confidential Documents and Make Public Record" ("the motion").  [Doc. # 73].

      On September 20, 2006, the Hon. Napoleon A. Jones, Jr. granted Plaintiff's motion to seal a number of confidential documents regarding the investigation into Gray's alleged gang membership submitted by Plaintiff for *in camera* review.  [Doc. # 67].  Plaintiff now wants these documents to be unsealed and made public record.

      When granting Plaintiff's motion to seal, the Court stated that these documents, if available to parties outside of this litigation, may jeopardize interests of safety and security.  Plaintiff's motion does not state how these interests would be affected by unsealing the documents.  Plaintiff's motion is

///

///

1

1    therefore **DENIED** without prejudice.

2         **IT IS SO ORDERED.**

3

4    DATED:  November 28, 2006

5

6                                              **CATHY ANN BENCIVENGO**
                                               United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

05-CV-1475 J (CAB)