UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY GRAY,<br><br>                            Plaintiff,<br><br>     v.<br><br>JEANNE WOODFORD, et al.,<br><br>                            Defendants. | Civil No.   05cv1475 J (CAB)<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST FOR A COPY OF HIS OPPOSITION [Docket No. 113]** |

     Plaintiff Ricky Gray, a state prisoner proceeding *pro se*, brought this action for violations of his civil rights under 42 U.S.C. § 1983. On July 30, 2007, Plaintiff filed a motion requesting a copy of his "opposition," which he claims disputes the confidential information in his file. [Docket No. 113.] It appears Plaintiff is referring to his opposition to Defendants' motion to dismiss. [Docket No. 93.] Accordingly, this Court directs the Clerk of the Court to provide Plaintiff with a copy of his opposition to Defendants' motion to dismiss.

     **IT IS SO ORDERED.**

DATED: October 3, 2007

                                                                                            **CATHY ANN BENCIVENGO**
                                                                     United States Magistrate Judge