# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ricky Gray

**V.**

R. Zaragoza;
M. Maldonado

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   05cv1475-MMA(CAB)

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court hereby overrules Plaintiff's objections to the Report and Recommendation and adopts the Report and Recommendation in its entirety. The Court grants Defendants' Motion for Summary Judgment. Judgment is entered in favor of Defendants Zaragoza and Maldonado.

| June 2, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ L. Hammer
(By) Deputy Clerk
ENTERED ON June 2, 2010

05cv1475-MMA(CAB)